UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YENSY CONTRERAS,

                     **Plaintiff,**

      -against-

**NATURE'S ANSWER, INC.,**

                     **Defendant.**

-----------------------------------------------------------------X

**21-CV-09060 (PAE)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/2022

**SARAH NETBURN, United States Magistrate Judge:**

       On February 18, 2022, Plaintiff informed the Court that, in response to Defendant's motion to dismiss, Plaintiff would file an amended pleading by February 28, 2022. ECF No. 15. As of the issuance of this order, no amended pleading has been filed. Plaintiff's amended pleading is due no later than March 9, 2022. If Plaintiff fails to file an amended pleading by that date, the Court will consider Defendant's motion to dismiss fully briefed and ready for resolution.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:       March 4, 2022
                New York, New York