UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

YENSY CONTRERAS,

                              **Plaintiff,**                      21-CV-09060 (PAE)(SN)

      -against-                                                **ORDER**

NATURE'S ANSWER, INC.,

                              **Defendant.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        In light of Plaintiff's filing an amended complaint, ECF No. 18, no later than March 11, 2022, Defendant shall file a letter informing the Court whether Defendant intends to rely on its current motion to dismiss, ECF No. 11, file a new motion to dismiss, or file an answer. If Defendant intends to file a new motion to dismiss, the letter should propose a briefing schedule.

**SO ORDERED.**

                                                         SARAH NETBURN
                                                         United States Magistrate Judge

Dated:        March 9, 2022
                New York, New York